JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax:  (702) 949-8378

TARA M. LEE*
tara.lee@whitecase.com
SCOTT LERNER*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355
*Pro Hac Vice Pending

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS DEFIORE, an individual; et al., | Case No.: 2:20-cv-01981-JAD-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | |
| SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SOC-SMG"), and Day & Zimmermann, Inc. ("Day & Zimmermann") (collectively, "Defendants") and Plaintiffs Nicholas DeFiore et al. by and through their respective counsel of record, hereby stipulate and agree to the following:

112730996.1

1.     On October 19, 2020, Plaintiffs filed their Complaint against Defendants.  *See* ECF No. 1-2.  Plaintiffs purportedly served the Summons and Complaint on SOC and Day & Zimmermann on October 23, 2020.  Plaintiffs have not yet served SOC-SMG.

2.     Defendants removed this action to this Court on October 26, 2020.  *See* ECF No. 1.

3.     Defendants' answer or response to the Complaint is, therefore, due on November 13, 2020.  *See* Fed. R. Civ. P. 81(c).

4.     Plaintiffs and Defendants agree that Defendants shall have up to and including November 20, 2020, to answer or otherwise respond to Plaintiffs' Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

2

112730996.1

1    5.    This is the first request for an extension of time to answer or respond to the

2  Complaint.  The extension is requested in good faith to provide Defendants with sufficient time

3  to review Plaintiffs' allegations with counsel and to answer or otherwise respond to the

4  Complaint.

5    DATED this 5th day of November, 2020.

6

7  EARLY SULLIVAN WRIGHT          LEWIS ROCA ROTHGERBER CHRISTIE
   GIZER & McRAE LLP              LLP

8
   By:  /s/ Scott E. Gizer              By:  /s/ Jennifer K. Hostetler
9  Scott E. Gizer (#12216              Jennifer K. Hostetler (#11994)
   sgizer@earlysullivan.com            jhostetler@lrrc.com
10 8716 Spanish Ridge Avenue, Suite 105   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89148                 Las Vegas, NV 89169
11 Tel: (702) 331-7593                 Tel:  (702) 949-8200
   Fax: (702) 331-1652                 Fax: (702) 949-8398
12

13 Attorney for Plaintiffs             WHITE & CASE LLP

14                                     By:  /s/ Tara M. Lee
                                       Tara M. Lee*
15                                     tara.lee@whitecase.com
                                       Scott Lerner*
16                                     Scott.lerner@whitecase.com
                                       701 Thirteenth Street, NW
17                                     Washington, DC  20005-3807
                                       Tel:  (202) 626-3600
18                                     Fax: (202) 639-9355
                                       *Pro Hac Vice Pending
19
                                       Attorneys for Defendants
20

21

22                               **ORDER**

23    **IT IS SO ORDERED:**

24

25                          _____
                            UNITED STATES MAGISTRATE JUDGE
26
                            DATED: November 6, 2020
27

28

3

112730996.1