JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8378

TARA M. LEE, *Pro Hac Vice Pending*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice Pending*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS DEFIORE, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01981-JAD-DJA <br><br> **STIPULATION AND ORDER TO STAY DISCOVERY** <br> **[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Nicholas DeFiore, et al. ("**Plaintiffs**") and Defendants SOC LLC ("**SOC**"), SOC-SMG, Inc. (**SOC-SMG**"), and Day & Zimmermann, Inc. ("**Day & Zimmermann**") (collectively, "**Defendants**"), hereby stipulate and agree to the following:

1. On November 20, 2020, Defendants filed their Motion to Dismiss, and on November 25, 2020 Plaintiffs filed their Motion for Remand. Defendants' Motion to Dismiss argues that Plaintiffs failed to state a claim upon which relief can be granted. Plaintiffs' Motion

112644300.1

1 for Remand argues this court lacks subject matter jurisdiction. Both motions are potentially dispositive of the action in federal court.

2. On November 27, 2020, the parties filed a Stipulation and Order to Extend Briefing Deadlines for Motion to Dismiss and Motion for Remand. This stipulation is pending approval by court order.

3. The parties wish to avoid dedicating their respective limited resources on the burden and expense of discovery in the event that the case is dismissed or remanded. Accordingly, the parties stipulate to stay discovery pending the Court's resolution of both potentially dispositive motions, which they believe is consistent with the spirit of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 1.

4. Whether a federal court has jurisdiction to hear a case is an important preliminary issue that generally warrants a stay. *See Izumi v. Cox Commc'ns Las Vegas, Inc.*, No. 2:11-CV-00803-RLH, 2011 WL 3875343, at *2 (D. Nev. Aug. 31, 2011) (citing *Turner Broad. Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997)).

5. Defendants also contend that the stay is warranted because their Motion to Dismiss has merit. *See, e.g.*, *H&N Invs. v. MTC Fin., Inc.*, 2015 US. Dist. LEXIS 119847, at *3–6 (D. Nev. Sept. 8, 2015) (granting the parties' joint motion to stay discovery pending resolution of the defendant's motion to dismiss); *Szymborski v. North Las Vegas*, 2019 U.S. Dist. LEXIS 94898 (D. Nev. June 5, 2019) (same); *Segal v. Lefebvre*, 2013 U.S. Dist. LEXIS 194877 (D. Nev. Nov. 14, 2013) (same).

6. The parties agree to file a similar stipulation to stay discovery in the related action *Darrough v. SOC LLC*, 2:20-cv-01951 (D. Nev. Oct. 21, 2020).

///
///
///
///
///
///

2

112644300.1

7. If, after the Court's determination of the Motion to Dismiss and Motion for Remand, there are any remaining claims in federal court, the parties agree to conduct a Rule 26(f) Conference within 21 days of the Court's order on the pending motions.

DATED this 1st day of December 2020.

| | |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & McRAE LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Scott E. Gizer*<br>Scott E. Gizer (#12216)<br>sgizer@earlysullivan.com<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>Tel: (702) 331-7593<br>Fax: (702) 331-1652<br><br>*Attorney for Plaintiffs* | By: */s/ Jennifer K. Hostetler*<br>Jennifer K. Hostetler (#11994)<br>jhostetler@lrrc.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br><br>WHITE & CASE LLP<br><br>By: */s/ Tara M. Lee*<br>Tara M. Lee, *Pro Hac Vice*<br>tara.lee@whitecase.com<br>Scott Lerner, *Pro Hac Vice*<br>Scott.lerner@whitecase.com<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2020

112644300.1