JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax:  (702) 949-8378

TARA M. LEE, *Pro Hac Vice Pending*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice Pending*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS DEFIORE, an individual; et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-01981-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADINES FOR MOTION TO DISMISS AND MOTION FOR REMAND**<br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Nicholas DeFiore et al. ("**Plaintiffs**") and Defendants SOC LLC ("**SOC**"), SOC-SMG, Inc. (**SOC-SMG**"), and Day & Zimmermann, Inc. ("**Day & Zimmermann**") (collectively, "**Defendants**"), hereby stipulate and agree to the following:

        1.        On November 20, 2020, Defendants filed their Motion to Dismiss.  *See* ECF No. 11.   Under LR 7-2, Plaintiffs' opposition would be due on December 4, 2020, and Defendants' reply in support of their Motion to Dismiss would be due on December 11, 2020.

112914249.1

2.      On November 25, 2020, Plaintiffs filed their Motion for Remand.  Under LR 7-2, Defendants' opposition would be due on December 9, 2020, and Plaintiffs' reply in support of their Motion for Remand would be due on December 16, 2020.

3.      Plaintiffs and Defendants agree to a modified briefing schedule, such that:

- Plaintiffs' Opposition to Defendants' Motion to Dismiss is due no later than December 23, 2020;

- Defendants' Opposition to Plaintiffs' Motion for Remand is due no later than December 23, 2020;

- Plaintiffs' Reply in support of their Motion for Remand is due no later than January 15, 2020; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Lewis Roca
ROTHGERBER CHRISTIE

112914249.1

- Defendants' Reply in support of their Motion to Dismiss is due no later than January 15, 2020.

DATED this 27th day of November 2020.

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:  */s/ Scott E. Gizer*
Scott E. Gizer (#12216)
sgizer@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Tel: (702) 331-7593
Fax: (702) 331-1652

*Attorney for Plaintiffs*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:  */s/ Jennifer K. Hostetler*
Jennifer K. Hostetler (#11994)
jhostetler@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398

WHITE & CASE LLP

By:  */s/ Tara M. Lee*
Tara M. Lee, *Pro Hac Vice Pending*
tara.lee@whitecase.com
Scott Lerner, *Pro Hac Vice Pending*
Scott.lerner@whitecase.com
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355

*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 4, 2020

112914249.1