**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS DeFIORE, an individual, et al., <br><br>Plaintiffs <br><br>v. <br><br>SOC LLC, A Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive, <br><br>Defendants | Case No. 2:20-cv-01981-APG-EJY <br><br>**ORDER SETTING HEARING ON MOTION TO REMAND** <br><br>[ECF No. 12] |

I will conduct a hearing on the plaintiffs' motion to remand (ECF No. 12) on **Friday, February 5, 2021 at 11:15 a.m. PST**. The hearing will be conducted by videoconference. My courtroom administrator will provide counsel with the link to participate in that hearing. Counsel is instructed not to forward the link to others. If additional participants need to appear, counsel shall contact the courtroom administrator, Melissa Johansen, at Melissa_Johansen@nvd.uscourts.gov.

Members of the public seeking access to this hearing must, prior to the day of the hearing, contact the courtroom administrator by email to request access. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DATED this 28th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE