**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS DE FIORE, et al., | Case No.: 2:20-cv-01981-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| SOC LLC, et al., | |
| Defendants | |

In light of the Ninth Circuit's opinion remanding this case,

I ORDER the parties to confer and, by December 4, 2023, either the parties will file a status report on how this case should proceed or the defendants will file an answer or other response to the complaint.

DATED this 17th day of November, 2023.

                                                                                         ANDREW P. GORDON
                                                                                         UNITED STATES DISTRICT JUDGE