# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gene Darrough, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br> v.<br><br>SOC LLC, et al.,<br><br>    Defendants<br>——————————————————<br>Nicholas DeFiore, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br> v.<br><br>SOC LLC, et al.,<br><br>    Defendants | Case No. 2:20-cv-01951-CDS-BNW<br><br>**Order Transferring Cases to Single District Judge and Magistrate Judge**<br><br><br>Case No. 2:20-cv-01981-APG-EJY |

  These actions were removed to federal court invoking the Federal Officer Removal Statute. In 2021, United States District Judge Andrew P. Gordon granted plaintiff Nicholas DeFiore et al.'s motion to remand the case to state court. *DeFiore v. SOC LLC*, 2:20-cv-01981, ECF No. 34. The defendants appealed that decision to the Ninth Circuit. *Id.*, ECF No. 36. The Ninth Circuit issued its opinion holding that removal was proper, and reversed and remanded the case for further proceedings. *Id.*, ECF No. 40.

  In April 2022, the related matter of *Gene Darrough v. SOC LLC*, 2:20-cv-01951, was administratively reassigned to District Judge Cristina D. Silva. *Darrough v. SOC LLC*, 2:20-cv-01951, ECF No. 35. The case was stayed until 21 days after the plaintiffs exhausted their appellate rights in *DeFiore*. *Id.*, ECF No. 36.

On December 4, 2023, the parties submitted a joint status report. *DeFiore*, 2:20-cv-01981, ECF No. 43. In relevant part, they agree that both matters should proceed before a single district judge and a single magistrate judge. *Id.* Pursuant to Local Rule 42-1(a), actions that involve similar parties, related questions of fact, and the same questions of law may be reassignment to the same district and magistrate judge as reassignment is likely to effect a substantial saving of judicial effort. Because a substantial duplication of labor if the actions will ensue if the matters continue to be heard separately, the cases are consolidated for the purposes of discovery.

The Clerk of Court is THEREFORE ORDERED to TRANSFER and REASSIGN: Case No.: 2:20-cv-01981-APG-EJY to District Judge Cristina D. Silva and Magistrate Judge Brenda Weksler for all further proceedings.

IT IS FURTHER ORDERED that *Darrough v. SOC LLC*, 2:20-cv-01951 and *DeFiore v. SOC LLC*, 2:20-cv-01981 are consolidated for the purposes of discovery.

IT IS FURTHER ORDERED that the stay is LIFTED in both *Darrough v. SOC LLC*, 2:20-cv-01951 and *DeFiore v. SOC LLC*, 2:20-cv-01981. The defendants must move to dismiss both actions by filing a single, consolidated motion to dismiss that addresses the complaints in both cases on or before January 31, 2024.

_____
Andrew P. Gordon
United States District Judge

Dated: December 13, 2023

_____
Cristina D. Silva
United States District Judge

Dated: December 13, 2023