E. LEIF REID, Bar No. 5750
lreid@lewisroca.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax:  (702) 949-8378

TARA M. LEE, *Pro Hac Vice*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself an all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company; SOC-SMG, Inc., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01951-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT [FIRST REQUEST]** |
| NICHOLAS DEFIORE, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01981-CDS-DJA |

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SOC-SMG"), and Day & Zimmermann, Inc. ("Day & Zimmermann") (collectively, "Defendants") and Plaintiff Gene Darrough and Plaintiffs Nicholas DeFiore et al. (collectively "Plaintiffs") by and through their respective counsel of record, hereby stipulate and agree to the following:

1.      On August 13, 2024, Plaintiffs filed their First Amended Complaint against Defendants. *See* ECF Nos. 56.

2.      Defendants' deadline to respond to Plaintiffs' First Amended Complaint is currently on August 27, 2024.

3.      Plaintiffs and Defendants agree that Defendants shall have up to and including September 10, 2024, to file their renewed Motion to Dismiss the Plaintiffs' First Amended Complaint. Plaintiffs and Defendants also agree that Plaintiffs will have until October 8, 2024, to file their Opposition to the Renewed Motion to Dismiss, and that Defendants will have until October 22, 2024, to file their Reply.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

125083884.1

4.      This is the first request for an extension of time to respond to the First Amended Complaint.  The extension is requested in good faith to provide Defendants with sufficient time to review Plaintiffs' allegations with counsel and to answer or otherwise respond to the First Amended Complaint.

DATED this 21st day of August, 2024.

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:  */s/ Scott E. Gizer*
Scott E. Gizer (#12216)
sgizer@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Tel: (702) 331-7593
Fax: (702) 331-1652

Attorney for Plaintiffs

LEWIS ROCA ROTHGERBER CHRISTIE
LLP

By:  */s/ Jennifer K. Hostetler*
E. Leif Reid (#5750)
lreid@lewisroca.com
Jennifer K. Hostetler (#11994)
jhostetler@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398

In association with

WHITE & CASE LLP

By:  */s/ Tara M. Lee*
Tara M. Lee, *Pro Hac Vice*
tara.lee@whitecase.com
Scott Lerner, *Pro Hac Vice*
scott.lerner@whitecase.com
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

## ORDER

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/23/2024

3

125083884.1