Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Plaintiffs
NICHOLAS DEFIORE, KEITH QUICK, NEIL
ROBINSON, CHRISTOPHER WILLIAMS, SHAWN
WHITEHEAD, PAUL MILLS, JR., RENE PEREZ,
ROBERT HERRING, HOUSTON WILLAMS, ALLEN
CAIN, RICHARD LANDRY, WARREN WOODS,
ARNOLD ALEXANDER, DANIEL MERCANTON,
DAVID WOLDERZAK, JAQUELYN JOUBERT-YOUNG,
ABDELRAHIM KHAMIS, CURTIS WATSON, JOSEPH
SCOTT, BABATUNDA DOUGLAS, DUSTIN BOYLE,
ALFREDO LUIS CRUZ, GEORGE MUNN, TODD
DUPONT, JEROME MUNDY, BENTON WILLIAMS JR.,
EDUARDO ZUNIGA, CHRISTOPHER WARREN, AND
CHRISTOPHER FIELDS

Attorneys for Plaintiffs-in-Intervention KELVIN HARDIN,
KENNETH ROBINSON, and MARLESH MBORY

Attorneys for Proposed Intervenor GREGORY NIFFEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| NICHOLAS DEFIORE, an individual; KEITH QUICK, an individual; NEIL ROBINSON, an individual; CHRISTOPHER WILLIAMS, an individual; SHAWN WHITEHEAD, an individual; PAUL MILLS, JR., an individual; RENE PEREZ, an individual; ROBERT HERRING, an individual; HOUSTON WILLAMS, an individual; ALLEN CAIN, an individual; RICHARD LANDRY, an individual; WARREN WOODS, an individual; ARNOLD ALEXANDER, an individual; DANIEL MERCANTON, an individual; DAVID WOLDERZAK, an individual; JAQUELYN JOUBERT-YOUNG, an individual; ABDELRAHIM KHAMIS, an individual; CURTIS WATSON, an individual; JOSEPH SCOTT, an individual; BABATUNDA DOUGLAS, an individual; DUSTIN BOYLE, an individual; ALFREDO LUIS CRUZ, an individual; | Case No.: 2:20-cv-01981-CDS-DJA<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

GEORGE MUNN, an individual; TODD DUPONT, an individual; JEROME MUNDY, an individual; BENTON WILLIAMS JR., an individual; EDUARDO ZUNIGA, an individual; CHRISTOPHER WARREN, an individual; CHRISTOPHER FIELDS, an individual;

Plaintiffs

v.

SOC LLC, A Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,

Defendants

KELVIN HARDIN, an individual; KENNETH ROBINSON, an individual; and MARLESH MBORY, an individual,

Plaintiffs-in-Intervention

v.

SOC LLC, A Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,

Defendants



**STIPULATION FOR DISMISSAL**

The Parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Joint Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the terms of the Settlement Agreement and Release, each Party hereto shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  January 26, 2025          EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP


By:__/s/ – Scott E. Gizer_____
    Scott E. Gizer, Nev. State Bar No. 12216
    8716 Spanish Ridge Avenue, Suite 105 Las Vegas,
    NV 89148
    *Attorneys for Plaintiffs*

Dated:  January 26, 2025          WHITE & CASE LLP


By:__/s/ – Tara M. Lee_____
    Tara M. Lee, *Pro Hac Vice*
    tara.lee@whitecase.com
    Scott Lerner, *Pro Hac Vice*
    scott.lerner@whitecase.com
    701 Thirteenth Street, NW
    Washington, DC 20005-3807
    Tel: (202) 626-3600
    Fax: (202) 639-9355
    *Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 30, 2026



**STIPULATION FOR DISMISSAL**